Honorable Marsha Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY DEREK GILES, <br> Defendant. | No. CR 10-0017MJP <br><br> ORDER <br> TO CONTINUE PRETRIAL MOTIONS <br> DATE |

I. <u>ORDER</u>

THIS COURT, having reviewed the Defendant's Motion to Continue the Pretrial Motions date in the above captioned case, and being advised that the United States of America does not oppose this Motion, hereby ORDERS:

//

//

//

//

//

MOTION AND PROPOSED ORDER- 1

1) The Pretrial Motions date in the above captioned case is continued from February 25, 2010 to March 25, 2010.

DATED THIS 17th DAY OF February, 2010.

_____
Marsha J. Pechman
United States District Judge

MOTION PREPARED BY:

LAW OFFICES OF MICHAEL S. KOLKER

s/Michael S. Kolker
MICHAEL S. KOLKER
WSBA No. 16932
Attorney for Defendant


Notice and presentation waived:

THE UNITED STATES ATTORNEY

Signed with permission:
Vincent T. Lombardi
Vincent T. Lombardi, WSBA 21967
Assistant United States Attorney.

MOTION
AND PROPOSED ORDER- 2

LAW OFFICES OF MICHAEL S. KOLKER
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WA 98101
206-464-1761